■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY GLASS, Appellant. [664 NYS2d 749] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 1992 (*People v Glass,* 179 AD2d 774), affirming a judgment of the County Court, Orange County, rendered April 3, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Copertino, JJ., concur.